# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

BAVARIOUS NELSON,

   Plaintiff,

v.

JARRELL HART, Warden;
Deputy Warden HOLDEN;
Lt. COX; Lt. ANDERSON; and
CERT Officer MADDOX,

   Defendants.

CIVIL ACTION NO.: CV513-009

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Warden Jarrell Hart and Deputy Warden Holden are **DISMISSED**.

**SO ORDERED**, this 5 day of March, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)